**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2032**

---

PETER C. ANDRESEN,

                                    Plaintiff - Appellant,

      versus

PROVIDENT BANK OF MARYLAND; GARY A. ROSEN,
Trustee;

                                  Defendants - Appellees,
      and

UNITED STATES TRUSTEE FOR THE DISTRICT OF
MARYLAND,

                                  Trustee - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-03-3567-AW; BK-01-25370)

---

Submitted: November 18, 2004     Decided: November 23, 2004

---

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Peter C. Andresen, Appellant Pro Se. Mark S. Devan, COVAHEY,
BOOZER, DEVAN & DORE, P.A., Towson, Maryland; Gary A. Rosen,
Rockville, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Peter C. Andresen appeals the district court's orders dismissing his appeal from the bankruptcy court and denying his motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Andresen v. Provident Bank, No. CA-03-3567-AW; BK-01-25370 (D. Md. filed June 30, 2004 & entered July 1, 2004; July 14, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED